UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CATHY HUNTER ) | |
| ) | CASE NO. 18-51492 |
| ) | CHAPTER 7 |
| DEBTOR ) | |
| _____) | |

## MOTION FOR EXTENSION OF TIME

Comes now Farm Credit Mid-America, FLCA (hereinafter "Farm Credit"), a secured creditor, by its undersigned counsel, and respectfully moves this Honorable Court to extend the deadline for the filing of its Reaffirmation Agreement with the Debtor on her residential mortgage loan. As basis therefor, Farm Credit states as follows:

Farm Credit understands that the Debtor wishes to enter into a Reaffirmation Agreement, and to that end, a Reaffirmation Agreement was previously sent to the Debtor's counsel. However, the Debtor has not yet signed and returned same. Accordingly, the undersigned has repeatedly called for the Debtor's counsel but has not yet been able to speak with him in this regard.

WHEREFORE, Farm Credit prays for an additional twenty-one (21) days in which to receive and file the signed Reaffirmation Agreement.

Respectfully submitted,

/s/ Lisa Koch Bryant
Lisa Koch Bryant
Tilford Dobbins & Schmidt, PLLC
401 West Main Street, Suite 1400
Louisville, Kentucky  40202
(502) 584-1000
COUNSEL FOR
FARM CREDIT MID-AMERICA, FLCA

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was this 10th day of December, 2018, served by electronic mail or regular mail upon the following:

Brian T. Canupp
322 Main Street
Paris, Kentucky  40361

James D. Lyon
100 E. Vine #404
Lexington, Kentucky  40507

/s/ Lisa Koch Bryant
Lisa Koch Bryant